# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:97CR00098-01-BRW

PARIS BATTLES

## AMENDED JUDGMENT & COMMITMENT

Pending is Defendant's Motion to Amend Restitution seeking to enforce my ruling at sentencing that interest would not be included in his restitution (Doc. No. 146). For the following reasons, Defendant's Motion is GRANTED

After reviewing the Judgment and Commitment Order, I find that I failed to include the interest waiver. However, at the sentencing hearing, I specifically ordered that interest was waived.[1] "[W]hen an oral sentence and the written judgment conflict, the oral sentence controls."[2] Therefore, my ruling at the hearing that interest was waived controls. The Judgment and Commitment filed in this case on March 9, 1998, is amended to reflect the following:

On page 7 of the Judgment & Commitment, the Special Instructions Regarding the Payment of Criminal Monetary Penalties should read:

> Payable during incarceration and supervised release. Beginning the first month of supervised release, the payments will be a minimum of 10% of the defendant's net monthly household income. <u>The interest requirement is waived.</u>

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 21st day of December, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] See March 5, 1998 Sentencing Transcript at page 20.

[2] *United States v. Mayo*, 642 F.3d 628, 633 (8th Cir. 2011).